1  BENJAMIN B. WAGNER
2  United States Attorney
   LUCILLE GONZALES MEIS
3  Regional Chief Counsel, Region IX
   Social Security Administration
4  DANIEL P. TALBERT
5  Special Assistant United States Attorney
     333 Market Street, Suite 1500
6    San Francisco, California 94105
7    Telephone:  (415) 977-8926
     Facsimile:  (415) 744-0134
8    E-Mail: Daniel.Talbert@ssa.gov
9
   Attorneys for Defendant
10      UNITED STATES DISTRICT COURT
        EASTERN DISTRICT OF CALIFORNIA
11       SACRAMENTO DIVISION
12
   JAMES P. MARTIN,               )   Case No. 2:10-CV-02226-GGH
13   Plaintiff,           )
                                  )
14 v.                             )
                                  )   STIPULATION AND ORDER
15 MICHAEL J. ASTRUE,             )   FOR REMAND PURSUANT TO
   Commissioner of Social Security,)  SENTENCE SIX OF 42 U.S.C. § 405(g)
16   Defendant.           )
17 _____ )

18   IT IS HEREBY STIPULATED, by and between the parties, through their respective
19 counsel of record, that this action be remanded to the Commissioner of Social Security for further
20
21 administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C.
22 § 405(g), sentence six.

23   Meaningful review of this case is not possible because certain exhibits are missing from
24 the record.  Upon remand, the Appeals Council will direct the administrative law judge to obtain
25
26 the missing documents; if the documents are not located within a reasonable amount of time, the
27 ALJ will provide the claimant an opportunity for another hearing and take any action necessary to
28 complete the administrative record.

Stip. & Prop. Order for Remand   1

Respectfully submitted,

Dated: March 25, 2011

*/s/ Bess Brewer*
(As authorized via email)
BESS BREWER
Attorney for Plaintiff


BENJAMIN B. WAGNER
United States Attorney

Date: March 25, 2011         By *s/ Daniel P. Talbert*
DANIEL P. TALBERT
Special Assistant U. S. Attorney

ORDER

APPROVED AND SO ORDERED:

DATED: March 29, 2011         /s/ Gregory G. Hollows
_____
GREGORY G. HOLLOWS
UNITED STATE MAGISTRATE JUDGE

Stip. & Prop. Order for Remand         2