1  BENJAMIN B. WAGNER
   United States Attorney
2  GRACE M. KIM
   Regional Chief Counsel
3  DANIEL P. TALBERT
   Special Assistant United States Attorney
4        Social Security Administration
         160 Spear Street, Suite 800
5        San Francisco, CA 94105
         Telephone: (415) 977-8926
6        Facsimile: (415) 977-8873
7
8  Attorneys for Defendant

9              UNITED STATES DISTRICT COURT
10             EASTERN DISTRICT OF CALIFORNIA
                    SACRAMENTO DIVISION
11

12 JAMES MARTIN,                    )  CASE NO. 2:10-cv-02226-GGH
                                    )
13        Plaintiff,                )  STIPULATION AND ORDER
                                    )  TO REOPEN AND ENTER JUDGMENT
14 vs.                              )  FOR PLAINTIFF
                                    )
15 CAROLYN W. COLVIN,               )
16 Acting Commissioner of Social Security, )
                                    )
17                                  )
          Defendant.[1]             )
18 _____ )

19        The parties hereby stipulate, through their undersigned attorneys, and with the approval

20 of the Court, that this case shall be reopened for the purpose of entering judgment for Plaintiff.

21        On March 30, 2011, pursuant to the stipulation of the parties, this Court remanded the

22 instant case to the Commissioner for a new hearing.  Certain exhibits were missing from the

23 record, which made meaningful review of the case impossible.  On February 8, 2012, an

24 _____

25 [1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013.
   Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be
26 substituted for Michael J. Astrue as the defendant in this suit.  No further action need be taken to
   continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42
27 U.S.C. § 405(g).
28

1    administrative law judge (ALJ) issued a fully favorable decision in Plaintiff's case (see

2    Exhibit 1).

3         Now that the administrative proceedings have concluded, reopening is necessary.  In a

4    sentence-six remand case, the Court retains jurisdiction following the remand.  *See Melkonyan v.*

5    *Sullivan*, 501 U.S. 89, 98 (1991) (district court retains jurisdiction over Social Security cases

6    remanded under 42 U.S.C. § 405(g), sentence six, and where the final administrative decision is

7    favorable to one party or the other, the Commissioner is to return to the court following

8    completion of the administrative proceedings on remand so that the court may enter a final

9    judgment); *see also Shalala v. Schaefer*, 509 U.S. 292, 298-300 (1993).

> [A] sentence six remand, because of clear language in the social security statute, implies and necessarily involves a reservation of jurisdiction for the future and contemplates further proceedings in the district court and a final judgment at the conclusion thereof. A sentence six remand judgment, the Court said, is therefore always interlocutory and never a "final" judgment.

*Carrol v. Sullivan*, 802 F.Supp. 295, 300 (C. D. Cal. 1992) (*paraphrasing and quoting*

*Melkonyan*).

         It is therefore appropriate to reopen this case in order to resolve the Court's sentence-

six jurisdiction.  Upon reopening, the parties stipulate that judgment should be entered for

Plaintiff.

                         Respectfully submitted,

Dated:  May 6, 2013              /s/ *Bess Brewer*
                         (As authorized via email)
                         BESS BREWER
                         Attorney for Plaintiff


                         BENJAMIN B. WAGNER
                         United States Attorney

Dated:  May 6, 2013         By  /s/ *Daniel P. Talbert*
                         DANIEL P. TALBERT
                         Special Assistant U. S. Attorney
                         Attorneys for Defendant

1

2                                    ORDER

3    Pursuant to stipulation, it is so ordered. Judgment shall be entered in favor of plaintiff.

4

5    Dated: November 21, 2013                    /s/ Gregory G. Hollows

6                                    _____
                                     GREGORY G. HOLLOWS
7    GGH:076/Martin2226.jdmt         UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28