BENJAMIN B. WAGNER
United States Attorney
GRACE M. KIM
Regional Chief Counsel
DANIEL P. TALBERT
Special Assistant United States Attorney
  Social Security Administration
  160 Spear Street, Suite 800
  San Francisco, CA 94105
  Telephone: (415) 977-8926
  Facsimile: (415) 977-8873

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| JAMES MARTIN,<br><br> Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br> Defendant.[1] | CASE NO. 2:10-cv-02226-GGH<br><br>STIPULATION AND ORDER TO REOPEN AND ENTER JUDGMENT FOR PLAINTIFF |

  The parties hereby stipulate, through their undersigned attorneys, and with the approval of the Court, that this case shall be reopened for the purpose of entering judgment for Plaintiff.

  On March 30, 2011, pursuant to the stipulation of the parties, this Court remanded the instant case to the Commissioner for a new hearing. Certain exhibits were missing from the record, which made meaningful review of the case impossible. On February 8, 2012, an

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted for Michael J. Astrue as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

administrative law judge (ALJ) issued a fully favorable decision in Plaintiff's case (see Exhibit 1).

Now that the administrative proceedings have concluded, reopening is necessary.  In a sentence-six remand case, the Court retains jurisdiction following the remand.  *See Melkonyan v. Sullivan*, 501 U.S. 89, 98 (1991) (district court retains jurisdiction over Social Security cases remanded under 42 U.S.C. § 405(g), sentence six, and where the final administrative decision is favorable to one party or the other, the Commissioner is to return to the court following completion of the administrative proceedings on remand so that the court may enter a final judgment); *see also Shalala v. Schaefer*, 509 U.S. 292, 298-300 (1993).

> [A] sentence six remand, because of clear language in the social security statute, implies and necessarily involves a reservation of jurisdiction for the future and contemplates further proceedings in the district court and a final judgment at the conclusion thereof. A sentence six remand judgment, the Court said, is therefore always interlocutory and never a "final" judgment.

*Carrol v. Sullivan*, 802 F.Supp. 295, 300 (C. D. Cal. 1992) (*paraphrasing and quoting Melkonyan*).

It is therefore appropriate to reopen this case in order to resolve the Court's sentence-six jurisdiction.  Upon reopening, the parties stipulate that judgment should be entered for Plaintiff.

                                                          Respectfully submitted,

Dated:  May 6, 2013                 /s/ *Bess Brewer*
                                            (As authorized via email)
                                            BESS BREWER
                                            Attorney for Plaintiff


                                            BENJAMIN B. WAGNER
                                            United States Attorney

Dated:  May 6, 2013              By  /s/ *Daniel P. Talbert*
                                            DANIEL P. TALBERT
                                            Special Assistant U. S. Attorney
                                            Attorneys for Defendant

1
2                                            ORDER
3  Pursuant to stipulation, it is so ordered. Judgment shall be entered in favor of plaintiff.
4
   Dated: November 21, 2013                 /s/ Gregory G. Hollows
5
                                            _____
6                                           GREGORY G. HOLLOWS
                                            UNITED STATES MAGISTRATE JUDGE
7  GGH:076/Martin2226.jdmt
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3 - Stipulation & Order to Reopen and Enter Judgment for Plaintiff